**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON MOTION

Appellate case name:        In the Interest of B. S. C. F. aka B. F. C., A Child

Appellate case number:     01-18-00907-CV

Trial court case number:    2017-00823J

Trial court:                314th District Court of Harris County

This is an accelerated appeal from a judgment in a suit in which the termination of the parent-child relationship is at issue ("parental termination case") for the father, F. C. On November 12, 2018, appellant's counsel, Donald M. Crane, filed a notice of appearance and an unopposed motion for a first extension of time to file appellant's brief, requesting an 18-day extension until November 30, 2018.

Appeals in parental termination cases are to be brought to final disposition within **180 days** of the date the notice of appeal is filed, so far as reasonably possible. *See* TEX. ST. JUD. ADMIN. R. 6.2(a) (West 2017). Here, the notice of appeal was timely filed on October 8, 2018, in the trial court from the September 26, 2018 final decree for termination by appointed counsel for the father, F. C., setting the 180-day compliance deadline for April 5, 2019. *See* TEX. R. APP. P. 26.1(b). Although appellant F. C.'s motion is unopposed, the accelerated schedule in termination cases requires greater compliance with briefing deadlines and greater scrutiny of extensions.

Appellant F. C.'s counsel contends that an extension is needed because he has been busy preparing filings in three other termination appeals and he has been appointed to several new accelerated appeals.

Accordingly, appellant F. C.'s motion for an extension of time to file appellant's brief is **GRANTED until November 30, 2018, but no further extensions will be granted absent extraordinary circumstances**. *See* TEX. R. APP. P. 38.6(d).

It is so ORDERED.

Judge's signature: /s/ Laura Higley
                    X  Acting individually    ☐  Acting for the Court

Date:  November 15, 2018